

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-4-2006

# USA v. Cooper

Precedential or Non-Precedential: Precedential

Docket No. 05-1447

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Cooper" (2006). *2006 Decisions*. Paper 1196.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1196

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-1447

UNITED STATES OF AMERICA

v.

LYDIA COOPER,
Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
D.C. Criminal No. 03-cr-00333-3
(Honorable James M. Munley)

**ORDER**

It appears that certain typographical errors existed in the final section of the concurring and dissenting opinion which was filed on February 14, 2006.  In order to correct these errors, it is hereby O R D E R E D that an amended opinion will be filed.

For the Court,

 /s/ Marcia M. Waldron
Clerk

Date: April 4, 2006
CLC/cc: James R. Elliott, Esq.          William S. Houser, Esq.
         Theodore B. Smith III, Esq.